# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1538

_____

| | | |
|---|---|---|
| Larry Dean:  Vogt, Private Citizen, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| W.J. Fitzgerald, President, Commercial | * | |
| Federal Bank; William Pfeiffer, | * | |
| Attorney; Melvin Katskee, Attorney; | * | |
| Scott Schmidt, Commercial Federal; | * | Appeal from the United States |
| Donald R. Sievers, First Bank System; | * | District Court for the |
| Jane H. Prochaska, Judge; W.H. | * | District of Nebraska. |
| Jackson, Deputy; Michael Finney, | * | |
| Executive Editor, Omaha World | * | [UNPUBLISHED] |
| Herald; Bill Strausburg, CEO, First | * | |
| Bank; Kelle Jayne Westland, Attorney; | * | |
| Thomas F. Hoarty, Jr.; J.A. Ostrowski, | * | |
| Trustee; Timothy F. Dunning, Sheriff; | * | |
| Greg Clemens, Deputy Sheriff; | * | |
| Lawrence E. Barrett, Judge; Steven | * | |
| O'Connor, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  July 21, 1998
Filed:  July 27, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

' [1] order granting defendants

ate motions to dismiss his action. Having carefully reviewed the record and the

rties  submissions on appeal, we conclude that dismissal was appropriate and w

affirm on the basis of the district court s opinion. ___ 8th Cir. R. 47B.

'                                    itutionally

nt right to a jury trial, ___ _____, 911

is not erroneous

recluding a jury trial"), _____, 499

920 (1991); and that the magistrate judge                          §

636(b)(1)(A) (judge may designate magistrate judge to hear a

before   ourt except, among others, motion to dismiss for failure to state claim upo

which    lief may be granted).  Finally, we deny Vogt s request for initial en ban

review.


A true copy.


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]     Honorable William G. Cambridge, Chief Judge, United States District Court for the District of Nebraska.

H                                                                    e
District of Nebraska.